IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN BLACK | ) |
| | ) |
| v. | ) NO. 3-14-1181 |
| | ) JUDGE CAMPBELL |
| ADAM READ, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 86), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Read's Motion for Judgment on the Pleadings (Docket No. 83) is GRANTED, and Plaintiff's claims against Defendant Read are DISMISSED.

Plaintiff and counsel for the Defendants shall notify the Court, in writing, by July 5, 2016, what, if any, claims remain to be tried on August 30, 3016.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE